UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -versus-<br><br>RAFAEL ROMERO,<br><br>        Defendant. | 17 Cr. 123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Romero's motion for compassionate release. (Dkt. no. 828.) The Government shall respond to Mr. Romero's motion by letter no later than August 20, and Mr. Romero may submit a reply no later than September 3.

**SO ORDERED.**

Dated:  July 30, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.